FILED
APR 20 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Walter Lee Gilbert,            )
                               )
    Petitioner,             )
                               )
v.                             )   Case: 1:15-cv-00587   (G Deck)
                               )   Assigned To : Unassigned
                               )   Assign. Date : 4/20/2015
                               )   Description: Habeas Corpus/2241
United States of America *et al.*,  )
                               )
    Respondents.            )

## MEMORANDUM OPINION

Petitioner, a prisoner at the United States Administrative Maximum ("Supermax") facility in Florence, Colorado, has submitted a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. A district court lacking jurisdiction over a habeas petitioner's immediate custodian lacks jurisdiction over the petition. *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). *See Rooney v. Sec'y of Army*, 405 F.3d 1029, 1032 (D.C. Cir. 2005) (habeas "jurisdiction is proper only in the district in which the immediate . . . custodian is located") (internal citations and quotation marks omitted).

This Court cannot exercise jurisdiction over petitioner's warden at Supermax, and the interest of justice would not be served by transferring the case because the petition is incomprehensible. *See Mayle v. Felix*, 545 U.S. 644, 649 (2005) ("Rule 2(c) of the Rules Governing Habeas Corpus Cases requires a more detailed statement [than Rule 8(a) of the Federal Rules of Civil Procedure]. The habeas rule instructs the petitioner to 'specify all the grounds for relief available to [him]' and to 'state the facts supporting each ground.' "). Hence, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

_____
United States District Judge

DATE: April 13, 2015